UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MATTHEW W. DEAN                                                                                          PLAINTIFF

v.                                           No. 2:22-cv-02102

CAPTAIN V.C. WINTERS and
LIEUTENANT CALEB FIELDS                                                                      DEFENDANTS

**<u>ORDER</u>**

The Court has received a report and recommendation (Doc. 6) from Chief United States Magistrate Judge Mark E. Ford.  The Magistrate Judge has conducted preservice screening of this case under 28 U.S.C. § 1915A and recommends that this case be dismissed without prejudice for failure to state a claim upon which relief may be granted.  The Magistrate Judge also recommends that a strike flag be placed on the case and that the Court certify that any appeal is not taken in good faith.  No objections have been filed, and the deadline to file objections has passed.  The Court has conducted careful review of this case.  The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE.  Judgment will be entered separately.  The Clerk is directed under 28 U.S.C. § 1915(g) to place a strike flag on this case.

IT IS FURTHER ORDERED that no appeal be taken in forma pauperis, because any appeal from this dismissal would not be taken in good faith.

IT IS SO ORDERED this 23rd day of August, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE